UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR 1:15-058 |
| ) | |
| JAMERSON B. TURNER ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Inga N. Hicks,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Inga N. Hicks** be granted leave of absence for the following period: **July 20, 2015 through July 28, 2015, September 14, 2015 through September 18, 2015.**

This 7th day of July, 2015.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia