IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR115-58 |
| | ) | |
| JAMERSON B. TURNER | ) | |

## ORDER

The defendant, Jamerson B. Turner, was sentenced on December 17, 2015 and is in the custody of the Bureau of Prisons.

Surety, Jimmie Turner, Jr., has requested the return of the $1,500.00 cash security posted on the defendant's $15,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $1,500.00 posted by Jimmie Turner, Jr. for this defendant, plus all accrued interest thereon, be returned to: Jimmie Turner, Jr. at 4151 Fair Oaks Rd., Martinez, GA 30907.

This 5th day of February, 2016 at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA