FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 OCT 17 AM 10: 30
CLERK M. aeis
SO. DIST. OF GA

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

UNITED STATES OF AMERICA
v.
Jamerson B. Turner

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 1:15CR00058-5

USM Number: 19368-021

Dempsey Clay Ward
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | December 21, 2017 |

See page two for additional violations

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 9417

Defendant's Year of Birth: 1993

City and State of Defendant's Residence:

Augusta, Georgia

October 15, 2018
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

10/17/2018
Date

GAS 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations

DEFENDANT: Jamerson B. Turner
CASE NUMBER: 1:15CR00058-5

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 24, 2017 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 18, 2017 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 26, 2018 |
| 5 | The defendant failed to comply with a curfew condition as directed (special condition). | January 24, 2017 |
| 6 | The defendant failed to comply with a curfew condition as directed (special condition). | December 21, 2017 |
| 7 | The defendant failed to comply with a curfew condition as directed (special condition). | July 3, 2018 |
| 8 | The defendant possessed a firearm or other destructive service (mandatory condition). | December 21, 2017 |
| 9 | The defendant committed another federal, state, or local crime (mandatory condition). | July 19, 2018 |

DEFENDANT: Jamerson B. Turner
CASE NUMBER: 1:15CR00058-5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 months, with no term of supervision to follow.

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be designated to FCI Edgefield, a Bureau of Prisons facility in Edgefield, South Carolina, subject to capacity or any other regulations affecting such a designation.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL